```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 13308
    KATHRYN WASHINGTON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4892


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/23/2008 and was confirmed 07/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 10/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC     28139.00             .00         736.00
CAPITAL ONE AUTO FINANCE  UNSECURED          1419.46             .00            .00
COOK COUNTY TREASURER     SECURED               .00              .00            .00
MORTGAGE ELECTRONIC REGI  CURRENT MORTG         .00              .00            .00
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE         .00              .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         20523.84              .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED          1038.19             .00            .00
FINANCIAL CHOICE          UNSECURED        NOT FILED             .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED             .00            .00
AMERICASH LOANS LLC       UNSECURED          1626.52             .00            .00
AMERICASH LOANS LLC       UNSECURED        NOT FILED             .00            .00
ROUNDUP FUNDING LLC       UNSECURED           851.34             .00            .00
BLUE HIPPO FUNDING LLC    UNSECURED        NOT FILED             .00            .00
CAPITAL ONE               UNSECURED        NOT FILED             .00            .00
CAPITAL ONE               UNSECURED        NOT FILED             .00            .00
CITY OF CALUMET CITY      UNSECURED        NOT FILED             .00            .00
SBC                       UNSECURED        NOT FILED             .00            .00
FIRST BANK OF DELAWARE    UNSECURED           538.64             .00            .00
FIRST BANK OF DELAWARE    UNSECURED        NOT FILED             .00            .00
MOST FUNDING              UNSECURED        NOT FILED             .00            .00
GE MONEY BANK             UNSECURED           236.31             .00            .00
GE CONSUMER FINANCE       UNSECURED          2491.77             .00            .00
GE MONEY BANK             UNSECURED           340.01             .00            .00
HSBC                      UNSECURED          1073.11             .00            .00
HSBC BANK NEVADA/HSBC CA  UNSECURED           400.68             .00            .00
HSBC                      UNSECURED           309.66             .00            .00
HSBC                      UNSECURED        NOT FILED             .00            .00
ILLINOIS LENDING GROUP    UNSECURED           813.74             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           883.87             .00            .00
NICOR GAS                 UNSECURED        NOT FILED             .00            .00
AURORA CHICAGO LAKESHORE  UNSECURED        NOT FILED             .00            .00
TCF BANK                  UNSECURED        NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13308 KATHRYN WASHINGTON
```

```
SIR FINANCE              UNSECURED       1244.24              .00           .00
ROUNDUP FUNDING LLC      UNSECURED        440.67              .00           .00
TRANSWORLD SYSTEMS       UNSECURED      NOT FILED             .00           .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY    NOT FILED             .00           .00
MORTGAGE ELECTRONIC SYS  MORTGAGE NOTI  NOT FILED             .00           .00
INTERNAL REVENUE SERVICE UNSECURED           .00              .00           .00
INTERNAL REVENUE SERVICE PRIORITY            .00              .00           .00
INTERNAL REVENUE SERVICE UNSECURED       8830.62              .00           .00
DEBRA J VORHIES LEVINE   DEBTOR ATTY    3,064.00                            .00
TOM VAUGHN               TRUSTEE                                          64.00
DEBTOR REFUND            REFUND                                             .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   800.00

PRIORITY                                              .00
SECURED                                            736.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                64.00
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                    800.00                   800.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 01/26/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE